# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

--------------------------------------------------------x
:
*In re* : Chapter 11
:
LANDSOURCE COMMUNITIES : Case No. 08-11111 (KJC)
DEVELOPMENT LLC, *et al.*, :
: (Jointly Administered)
:
Debtors. :
:
--------------------------------------------------------x
:
LANDSOURCE HOLDING COMPANY, :
LLC and THE NEWHALL LAND AND :
FARMING COMPANY (A CALIFORNIA : Adv. Proc. No. 09-51092
LIMITED PARTNERSHIP), :
:
:
Plaintiffs, :
:
v. :
:
BROTHERS NURSERY, INC., : Re: Docket No. 16
ESCHRICH GENERAL ENGINEERING, :
INC., FAMCON PIPE & SUPPLY, :
INC., JOHN BURGESON :
CONTRACTORS, INC., NATURE-GRO :
CORPORATION, Q&D :
CONSTRUCTION, INC., R&R PALACIOS:
CONSTRUCTION, INC., SOUTHWEST :
V-DITCH, INC., and T&D ELECTRIC, :
INC., :
:
:
Defendants. :
:
--------------------------------------------------------x

# JUDGMENT BY DEFAULT

Upon the motion dated September 2, 2009 (the "*Motion*")[1] of LandSource Holding Company, LLC and The Newhall Land and Farming Company (A California Limited Partnership) (collectively, the "*Plaintiffs*") seeking entry of an order granting a default judgment against the following defendants in this Adversary Proceeding: (i) Brothers Nursery, Inc.; (ii) Eschrich General Engineering, Inc.; (iii) Famcon Pipe & Supply, Inc.; (iv) R&R Palacios Construction, Inc; (v) Southwest V-Ditch, Inc.; and (vi) T&D Electric, Inc. (collectively, the "*Default Defendants*") with respect to the Complaint in this Adversary Proceeding; and the Court having jurisdiction to consider this matter; and the Court hereby finding and determining that due and proper notice of the Motion has been given to each of the Default Defendants, and that no further notice is necessary; and each of the Default Defendants having failed to answer or otherwise respond to the Complaint within the applicable deadlines; and the entry of a judgment by default being proper against the Default Defendants; and after due deliberation and good and sufficient cause appearing therefore, it is hereby

ORDERED that the Motion is granted and the relief requested in the Complaint is granted against each of the Default Defendants; and it is further

ORDERED that the liens asserted by the Default Defendants were not properly perfected and that, therefore, none of the Default Defendants hold valid secured claims against the Plaintiffs' estates; and it is further

---

[1] Capitalized terms used, but not otherwise defined, herein shall have the meanings ascribed to them in the Motion.

ORDERED that this Court shall retain jurisdiction to interpret and enforce this Judgment.

Dated: _Oct 6_, 2009
Wilmington, Delaware

_____
THE HONORABLE KEVIN J. CAREY
CHIEF UNITED STATES BANKRUPTCY JUDGE

RLF1-3429931-1